1  Thomas W. Sardoni, Bar No. 158389
   Nathan T. W. Sardoni, Bar No. 337136
2  LAW OFFICE OF THOMAS W. SARDONI
   3890 11th Street, Suite 104
3  Riverside, California 92501
   Telephone: (951) 683-3503
4  Facsimile: (951) 683-2621
   Email: tsardoni@yahoo.com
5
   Attorney for Plaintiff,
6        JONATHAN HOGE

7

8  James P. Carter, Bar No. 150052
   Jimmy Macias, Bar No. 287027
9  JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Suite 500
10 Irvine, CA 92618
   Telephone: (949) 885-1360
11 Facsimile: (949) 885-1380
   Email: james.carter@jacksonlewis.com
12
   Attorney for Defendants,
13       BLUE TRITON BRANDS, INC.;
         BLUE TRITON BRANDS HOLDINGS, INC.; and
14       NESTLE WATERS NORTH AMERICA HOLDINGS, INC.

15

16                    **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

18

19 | JONATHAN HOGE, an individual,         | Case No. 5:23-cv-00687-SSS-DTBx
20 |                                        |
   |              Plaintiff,                |
21 |                                        | **JOINT NOTICE OF SETTLEMENT AND**
   |                                        | **REQUEST TO RETAIN JURISDICTION;**
22 |     vs.                                | **ORDER**
   |                                        |
23 | BLUETRITON BRANDS, INC., a Delaware    | **Trial:**
   | stock corporation; NESTLE WATERS       | Date: May 19, 2025
24 | NORTH AMERICA HOLDINGS INC., a         | Time: 8:30 a.m.
   | Delaware stock corporation; and DOES 1-99, | Dept.: 2
25 | inclusive,                             |
   |                                        |
26 |              Defendants.               |

27

28

                                    1
                         **NOTICE OF SETTLEMENT**

## NOTICE OF SETTLEMENT

Plaintiff, JONATHAN HOGE, and Defendants, BLUETRITON BRANDS, INC., and NESTLE WATERS NORTH AMERICA HOLDINGS, INC., (hereafter the "Parties"), by and through their counsels of record, hereby notify the Court that Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Parties can fully perform their duties as required under the settlement agreement. It is estimated that Parties will fully perform their duties on or around May 19, 2025. Upon Parties' completion of their duties (as mandated under the settlement agreement) and within two weeks after said completion, Defendants will file with this Court a joint notice of dismissal with prejudice.

Dated: April 18, 2025

LAW OFFICE OF THOMAS W. SARDONI

By: _____
Thomas W. Sardoni
Attorney for Plaintiff,
JONATHAN HOGE

Dated: April 18, 2025

JACKSON LEWIS P.C.

By: __/s/ *James P. Carter*_____
James P. Carter
Attorney for Defendants,
BLUE TRITON BRANDS, INC.;
BLUE TRITON BRANDS HOLDINGS, INC; and
NESTLE WATERS NORTH AMERICA HOLDINGS, INC.

# ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated, and the Court will retain jurisdiction over this matter for ninety days' time to allow for Defendants to fulfill their duties under the settlement agreement.

**IT IS SO ORDERED.**

Dated:

_____
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3890 11th Street, Suite 104, Riverside, California 92501.

On April 18, 2025, I served the following document(s):

**JOINT NOTICE OF SETTLEMENT; ORDER**

on the interested party(ies) in this action by submitting a true and correct copy of the above-described document(s) as follows:

[_]   (BY MAIL) I deposited the document(s) by regular mail. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service on that same day in a sealed envelope with postage thereon fully prepaid at Riverside, California, in the ordinary course of business to the party(ies) listed below. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[x]   (BY ELECTRONIC MAIL): in accordance with the Judicial Council's Temporary Emergency Rule 12, adopted 4/17/2020 CCP § 1010.6 (amended eff 1/1/19). and the rules in this chapter. CRC 2.251 (c)(1) (amended eff 1/1/2020), I served the foregoing document described by emailing to it each of the aforementioned electronic mail addresses and the transmission was reported as complete and without error.

[_]   IN PERSON

**James P. Carter, Esq.**
**JACKSON LEWIS, P.C.**
**james.carter@jacksonlewis.com**

Executed on April 18, 2025, at Riverside, California. I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

_Dezarae Wilske_
Dezarae Wilske