|  |  |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOGE, an individual,<br><br>        Plaintiff,<br>vs.<br><br>BLUE TRITON BRANDS INC., a Delaware Corporation; and BLUE TRITON BRANDS HOLDINGS INC., a Delaware Corporation, formerly known as 'NESTLE WATERS NORTH AMERICA HOLDINGS INC., a Delaware Corporation,<br>        Defendants. | Case No. 5:23-cv-00687-SSS-DTBx<br><br>[Assigned for All Purposes to the Honorable Sunshine Suzanne Sykes]<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br>**[<u>F.R.C.P.</u> Rule 41(a)(1)(A)(ii)]**<br><br>Final Pretrial Conf.: May 2, 2025<br>Trial Date: May 19, 2025 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  May 19, 2025

_____
Honorable Sunshine Suzanne Sykes
U.S. District Court Judge

4917-3942-3032, v. 1